UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

ALICIA GARDNER

CRIMINAL NO. 3:21cr 90(VAB)

VIOLATION:
18 U.S.C. § 666(a)(1)(A)
(Theft concerning program receiving federal funds)

INFORMATION

The United States Attorney charges:

United States District Cou...
District of Connecticut
FILED AT   BRIDGEPORT
            Jun 3          2021
Robin D. Tabora, Clerk
By
                    Deputy Clerk

COUNT ONE
(Theft concerning program receiving federal funds)

1. From approximately 2005 through May 2018, the defendant ALICIA GARDNER ("GARDNER") was employed by Garden Homes Management Corporation ("GHMC"). The defendant's responsibilities with GHMC were to manage three multi-unit housing complexes, Salem Village I and Salem Village II in Brooklyn, Connecticut, and the St. Mary's housing complex in East Hartford, Connecticut. Among other things, the defendant was responsible for collecting and depositing all rental payments and other fees from tenants, and for paying project-related invoices.

2. At times relevant to this Information, Salem Village I and Salem Village II were owned by the Brooklyn (Connecticut) Elderly Limited Partnership, and the St. Mary's housing complex was owned by the St. Mary's Housing Partnership.

3. Salem Village I and Salem Village II, as well as St. Mary's, were occupied principally by elderly and disabled tenants who received rental assistance through the United States Department of Housing and Urban Development (HUD) and the United States Department of Agriculture (USDA). During the entire period covered by the Information, the Brooklyn Elderly Limited Partnership and St. Mary's Housing Partnership each received

in excess of $10,000 in federal funds in each one-year period in the form of rental subsidies for tenants.

4. Beginning at least as early as 2009, and continuing through in or about May 2018, GARDNER stole funds from GHMC, the Brooklyn Elderly Limited Partnership, the St. Mary's Housing Partnership, and tenants of Salem Village I and II and the St. Mary's housing complex by (i) diverting Salem Village I and II tenant rent payments and other fees into a bank account on which GARDNER was the sole signatory; (ii) using that diverted money to pay hundreds of thousands of dollars in personal expenses without the permission of GHMC or Brooklyn Elderly Limited Partnership; (iii) overcharging tenants at Salem Village I and II for cable fees, and using those overcharges to increase the money available to be diverted for GARDNER's personal use; and (iv) diverting cash rent payments from St. Mary's tenants for her own personal use without permission of the St. Mary's Housing Partnership.

Charged One-Year Period

5. From on or about June 1, 2017, through May 31, 2018, in the District of Connecticut and elsewhere, GARDNER, being an agent of the Brooklyn Elderly Limited Partnership, an organization receiving in the one year period beginning June 1, 2017, benefits in excess of $10,000 under federal rental assistance provided by the USDA and HUD, did embezzle, steal, obtain by fraud, intentionally misapply, and otherwise without authority knowingly convert to her own use property and funds valued at $5,000 or more, which property and funds were owned by and under the care, custody and control of the Brooklyn Elderly Limited Partnership.

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

UNITED STATES OF AMERICA

*/s/ Leonard C Boyle*
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*/s/ David E. Novick*
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY